UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>        Plaintiff, )<br>                          )<br>     v.                       )<br>                          )<br>JAYNE CARBONE )<br>        Defendant. ) | CASE NO. 1:20-CR-10048-001-RGS |

**SATISFACTION OF FORFEITURE MONEY JUDGMENT, RESTITUTION AND/OR FINE JUDGMENT**

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of the forfeiture money judgment, assessment, restitution and/or fine Judgment as to the defendant in the above-captioned matter, Jayne Carbone, by payment in full.

                                              Respectfully submitted,

                                              UNITED STATES OF AMERICA
                                              By its attorneys

                                              RACHAEL S. ROLLINS
                                              United States Attorney

                          By:    /s/ Carol E. Head
                                    CAROL E. HEAD
                                    Assistant United States Attorney
                                    One Courthouse Way, Suite 9200
                                    Boston, MA 02210
                                    (617) 748-3100
                                    Carol.Head@usdoj.gov

Date: March 24, 2023